UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., <br><br> Plaintiff, <br><br> vs. <br><br> DR. SMITH, et al., <br><br> Defendants. | 1:13-cv-00287-GSA-PC <br><br> ORDER DENYING MOTION TO EXCEED BRIEF LIMIT AS MOOT <br><br> (Doc. 3.) |

Curtis Lee Henderson, Sr. ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on February 27, 2013, together with a Motion to Exceed Brief Limit. (Doc. 13.)

Plaintiff requests leave to exceed brief limits because he lacks adequate access to the prison law library and is unable to obtain court forms. Plaintiff asserts, however, that his handwritten Complaint contains all of the information required.

Plaintiff has not specified the particular limit he seeks leave to exceed. It appears to the Court that Plaintiff seeks the Court's approval of the format of the Complaint he filed in this action, which is handwritten and was not submitted on a court form. Plaintiff is advised that he is not required to use a particular court form for the Complaint, and there is no rule against submitting a handwritten document to the Court. Therefore, Plaintiff's motion shall be denied as moot.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's Motion to Exceed Brief Limit, filed on February 27, 2013, is DENIED as moot.

IT IS SO ORDERED.

**Dated:   March 1, 2013**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE