UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON,<br><br>           Plaintiff,<br><br>      vs.<br><br>SMITH, et al.,<br><br>           Defendants. | 1:13-cv-00287-LJO-GSA-PC<br><br>ORDER DISREGARDING MOTION TO WITHDRAW AS MOOT<br>(Doc. 15.) |

   Curtis Lee Henderson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on February 27, 2013.  (Doc. 1.)

   On June 24, 2013, Plaintiff filed a motion for an extension of time to submit a copy of his prison trust account statement.  (Doc. 11.)  On June 27, 2013, the court issued an order granting Plaintiff's motion.  (Doc. 12.)  Also on June 27, 2013, Plaintiff submitted a copy of his prison trust account statement.  (Doc. 13.)

   On July 23, 2013, Plaintiff filed a motion to withdraw his motion for extension of time, based on the fact that he submitted the trust account statement on June 27, 2013.  (Doc. 15.)

   Plaintiff is advised that his motion to withdraw is moot, because the motion for extension of time was resolved when it was granted.  Therefore, Plaintiff's motion to withdraw shall be disregarded as moot.

Accordingly, Plaintiff's motion to withdraw, filed on July 23, 2013, is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:  **July 25, 2013**                              **/s/ Gary S. Austin**
                                                               UNITED STATES MAGISTRATE JUDGE