# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, | Case No. 1:13-cv-00287-LJO-SAB-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (ECF No.34) |
| DR. SMITH, et al., | ORDER DIRECTING SERVICE OF PROCESS AND DISMISSING CLAIMS AND DEFENDANTS |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On February 12, 2016, findings and recommendations were entered, recommending that this action proceed on the August 24, 2015, second amended complaint against Defendants Jackson and Smith, and that the remaining claims and Defendants be dismissed. Plaintiff was provided an opportunity to file objections within thirty days. On February 25, 2016, Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the record to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on February 12, 2016, are adopted in full;
2. This action proceeds on the August 24, 2015, second amended complaint against Defendants Jackson and Smith for interference with Plaintiff's prescribed treatment and delay in medical care, in violation of the Eighth Amendment;
3. Defendants Gonsalez, Mata and Morris are dismissed for Plaintiff's failure to state a claim against them ;
4. Plaintiff's claims against Dr. Smith for the ambulance crash, against Dr. Jackson for the November 19, 2011, examination of Plaintiff, and against Dr. Smith for the December 7, 2011, surgery are dismissed for failure to state a claim; and
5. This action is referred to the Magistrate Judge for service of process of the August 24, 2015, second amended complaint on Defendants Jackson and Smith.

IT IS SO ORDERED.

Dated:   **March 17, 2016**          **/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2