# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. SMITH, et al.,<br><br>　　　　Defendants. | Case No.  1:13-cv-00287-LJO-SAB-PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR A SETTLEMENT CONFERENCE<br><br>(ECF NO. 41) |

　　　　Plaintiff Curtis Lee Henderson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.   On June 9, 2016, Plaintiff filed a motion, requesting the Court to schedule a settlement conference. (ECF No. 41.)  On April 14, 2016, an order was entered, directing service of process of the August 24, 2015, second amended complaint on Defendants Jackson and Smith.  (ECF No. 39.)  Defendants have not filed an answer, or entered an appearance.  Until such time as Defendants have filed a responsive pleading and both parties indicate an interest in a settlement conference, Plaintiff's request is premature.  The Court will entertain such a request early but once all defendants have answered.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a settlement conference is DENIED as premature.

IT IS SO ORDERED.

Dated:   **June 10, 2016**　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28